# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

GARY C. BERTRAND AND MELISSA P.
BERTRAND

VERSUS

GLENN J. PATRICK; AIG PROPERTY
CASUALTY COMPANY; AND LOUISIANA
FARM BUREAU CASUALTY INSURANCE
COMPANY

    Consolidated With

LISA SIMPSON AND LESTER SIMPSON

VERSUS

GLENN PATRICK, AIG PROPERTY
CASUALTY COMPANY AND STATE FARM
MUTUAL INSURANCE COMPANY

NO.  2020 CW 0152

**APR 2 8 2020**

---

In Re:   Glenn Patrick and State Farm Fire and Casualty Company,
applying for supervisory writs, 18th Judicial District
Court, Parish of Iberville, No. 77,752 c/w 77,774

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**

            **TMH**
            **AHP**
            **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT